IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:06CR125 |
| vs. | ) ) | ORDER |
| CURTIS RICHARDSON, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the motion for an extension of time by defendant Curtis Richardson (Richardson) (Filing No. 14).  Richardson seeks until June 7, 2006, in which to file pretrial motions in accordance with the progression order (Filing No. 6).  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Defendant Richardson's motion for an extension of time (Filing No. 14) is granted subject to the filing of an affidavit by the defendant wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act . Said affidavit is to be filed **on or before May 26, 2006.**  Defendant Richardson is given until **on or before June  7, 2006,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 15, 2006 and June 7, 2006**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

2. The trial of this matter remains scheduled for 9:00 a.m. on June 27, 2006, and will be canceled and rescheduled, if necessary, following the filing of any pretrial motions in accordance with this order.

DATED this 19th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge