IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CURTIS RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the following: the Defendant's motion challenging the Court's tentative findings (Filing No. 49) and the supporting brief (Filing No. 50) and exhibits (Filing No. 52); and the Defendant's motion to continue the sentencing hearing (Filing No. 53).

### *Challenge to Tentative Findings*

The Defendant objects to the predicate offenses set out in ¶¶ 38 and 39 that allegedly qualify him for career offender status pursuant to U.S.S.G. § 4B1.1. The objection will be heard at the previously scheduled sentencing hearing on March 12, 2007. The government bears the burden of proof by a preponderance of the evidence.

### *Motion to Continue Sentencing*

The Defendant's motion to continue sentencing is denied.

IT IS ORDERED:

1. The Defendant's objections to the Court's tentative findings (Filing No. 49) will be heard at the sentencing hearing scheduled for March 12, 2007; and

2. The Defendant's motion to continue the sentencing hearing (Filing No. 53) is denied.

DATED this 9th day of March, 2007.

        BY THE COURT:

        s/Laurie Smith Camp
        United States District Judge