IN THE UNITED STATES DISTRICT COURT
                            FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR125 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CURTIS RICHARDSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for leave to proceed in forma pauperis on appeal (Filing No. 61) and a supporting affidavit (Filing No. 62).

The Defendant previously qualified for appointed counsel. The Court concludes that the Defendant has satisfied the requirements of Federal Rule of Appellate Procedure 24(a)(1).

IT IS ORDERED:

1. The Defendant's motion to proceed in forma pauperis on appeal (Filing No. 61) is granted; and

2. The Defendant may proceed in forma pauperis on appeal.

DATED this 27th day of March, 2007.

                                        BY THE COURT:

                                        S/ Laurie Smith Camp
                                        United States District Judge