## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR125** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CURTIS RICHARDSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion.

IT IS ORDERED that the Clerk is directed to mail a copy of the order (Filing No. 88) to the Defendant at the following address: No. 20813-047, United States Penitentiary - Hazelton, P.O. Box 2000, Bruceton Mills, West Virginia 26525.

DATED this 15th day of June, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge