# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| CURTIS RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255, ECF No. 102.

The Court notes that the Defendant filed his first § 2255 Motion, ECF No. 94, on October 23, 2014, and that motion was denied by the Court on November 19, 2014, at ECF No. 99.

When a second § 2255 motion is filed:

A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain–

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

28 U.S.C. § 2255.

Without the required certification from the Eighth Circuit, this Court cannot consider the merits of the Defendant's second § 2255 motion and the pending motion will be denied.

IT IS ORDERED:

1.     Defendant's Motion to Vacate and Correct Sentence under 28 U.S.C. § 2255,

ECF No. 102, is denied; and

2.     A separate Judgment will be issued.

DATED this 23[nd] day of June, 2017.

                                        BY THE COURT:


                                        s/Laurie Smith Camp
                                        Chief United States District Judge